1 | BENJAMIN B. WAGNER
United States Attorney
2 | CHRISTOPHER R. PILCH
Special Assistant U.S. Attorney
3 | 412 TW/JA
1 South Rosamond Blvd.
4 | Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

5

6 | Attorneys for Plaintiff

7 | UNITED STATES DISTRICT COURT

8 | EASTERN DISTRICT OF CALIFORNIA

9 | UNITED STATES OF AMERICA,          )     Citation No.  4426534
                                       )
10 |              Plaintiff,           )     GOVERNMENT'S MOTION AND
                                       )     PROPOSED ORDER FOR DISMISSAL
11 | v.                                )
                                       )
12 | LEIGHANNA K. KENNETT,             )
                                       )
13 | _____ Defendant _____ )

14 | The United States of America, by and through Benjamin B. Wagner, United States

15 | Attorney, and Christopher R. Pilch, Special Assistant United States Attorney, hereby moves to

16 | dismiss Citation Number 4426534 against LEIGHANNA K. KENNETT without prejudice in the

17 | interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure

18

19 | Dated:  September 1, 2016                     Respectfully Submitted,
                                                  Benjamin B. Wagner
20 |                                              United States Attorney

21 |                                    By:       Christopher R. Pilch
                                                  Special Assistant United States Attorney
22

23

Page 1 of 2

U.S.  v.  LEIGHANNA K. KENNETT
Citation No. 4426534

1

**O R D E R**

2

3      IT IS HEREBY ORDERED that Citation Number 4426534 against LEIGHANNA K.

4   KENNETT be dismissed without prejudice, in the interest of justice.

5

6      Dated:  September  1  , 2016

7

8      HON. JENNIFER L. THURSTON
       United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 2 of 2

U.S.  v.  LEIGHANNA K. KENNETT
Citation No. 4426534